

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-18-00304-CV

―――――――――――――――

IN THE INTEREST OF G.G., A CHILD

―――――――――――――――――――――――――――――――――

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-473548-10

―――――――――――――――――――――――――――――――――

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant filed a notice of appeal from the trial court's order revoking his community supervision and holding him in contempt more than sixty days from the date of the order, did not file a motion for new trial or other motion that would extend the appellate deadlines, and has not timely responded to our jurisdictional inquiry. *See* Tex. R. App. P. 25.1(a)–(b), 26.1(a), 42.3(a). Nor did he file any other document that we could construe as timely invoking this court's jurisdiction. *See, e.g., Linwood v. NCNB Tex.*, 885 S.W.2d 102, 102–03 (Tex. 1994). Accordingly, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: January 31, 2019